PATRICK SCOTT BLACK
Full name(s)

5501 SOUTH 1100 WEST
Street address or postal box number

WESTVILLE, IN 46391
City, State and zip code

_____
Phone Number

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 3:12-cv-004 RLY-WGH
(To be supplied by the Court)

PATRICK SCOTT BLACK

_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v. EVANSVILLE POLICE DEPARTMENT
VANDERBURGH COUNTY PUBLIC DEFENDER AGENCY (BEVERLY CORN, JULIANNE FOX)
VANDERBURGH COUNTY PROSECUTORS OFFICE (JAMES DOYLE)
ROBERT J. PIGMAN
INDIANA DEPARTMENT OF CORRECTIONS
VANDERBURGH COUNTY JAIL _____ Defendant(s).
(Enter above the full name of ALL defendants in this action. Do not use "et al".)

**CIVIL RIGHTS COMPLAINT**

# I. PARTIES

1. **Plaintiff's Information:**

   Name and Prisoner Number of Plaintiff: PATRICK SCOTT BLACK #218852

   Present Place of Confinement or Mailing Address: 5501 SOUTH 1100 WEST, WESTVILLE, IN 46391

2. **Defendant's Information:** (*NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.*)

   Name of Defendant 1: EVANSVILLE POLICE DEPARTMENT

   Title (If applicable): OFFICE LLOYD, CHAPMAN, THOMAS

   Address of Defendant: 15 NW MARTIN LUTHER KING JR. BLVD. EVANSVILLE, IN 47708-1891

   Name of Defendant 2: VANDERBURGH COUNTY PUBLIC DEFENDER AGENCY

   Title (If applicable): ATTORNEY BEVERLY CORN / JULIANNE FOX

   Address of Defendant: RM 202, ADMINISTRATION BUILDING 1NW MARTIN LUTHER KING BLVD, EVANSVILLE, IN 47708

   Name of Defendant 3: VANDERBURGH COUNTY PROSECUTORS OFFICE

   Title (If applicable): ASSISTANT DISTRICT ATTORNEY JAMES DOYLE

   Address of Defendant: RM 108, ADMINISTRATION BUILDING 1NW MARTIN LUTHER KING BLVD, EVANSVILLE, IN 47708

   Name of Defendant 4: ROBERT J. PIGMAN

   Title (If applicable): JUDGE

   Address of Defendant: COURTS BUILDING, CIVIC CENTER COMPLEX, 825 SYCAMORE ST, EVANSVILLE, IN 47708-1849

## II. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. (*If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.*)

28 U.S.C. § 1983

_____ U.S.C. § _____

## III. BASIS FOR CLAIMS

Check any Applicable Item(s):

✓ Complaint Under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal defendants)

✓ Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388 (1971)** (federal defendants)

____ Other (cite statute, if known) _____

## IV. CLAIMS

**BRIEFLY** state the background of your case.

My Fourth Amendment rights were violated by officers Chapman and Lloyd when I was unlawfully searched and seized. Excessive force was used throughout my arrest (tasers, drawing of service weapons, K-9). The prosecutors office violated disclosure and procedure rules. The Public Defenders of provided inadequate assist.

3

**Claim I**: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Judge Pigman abused his position by allowing evidence, witnesses, and jury members into trial fully knowing it was unlawful. The Public Defenders office charged me $2,280 to handle my appeal and provided little assistance.

**Claim II**: The Vanderburgh Jail served me raw fish, lost or threw away my religious materials, and denied me medical attention. I was wrongfully incarcerated on July 26, 2010 and held while on bond for those offense until Feb 08, 2011.

**Claim III**: On March 09, 2011 I was shaved and my hair was cut. This violates my religious beliefs/practices as I am Rastafarian. I was also served meat until July 07, 2011

## V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

    ___Yes  ✓ No.

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

    a.    Parties to previous lawsuit:

        Plaintiff(s):_____

        Defendant(s):_____

    b.    Name and location of court and docket number_____

4

c.  Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

d.  Issues raised: _____

e.  Approximate date of filing lawsuit: _____

f.  Approximate date of disposition: _____

2. I have previously exhausted available administrative remedies regarding the events or acts complained of in Part II of this complaint. __✓__ Yes _____ No

If your answer is "Yes", briefly describe how relief was sought and the result:

I FILED NUMEROUS GRIEVANCES, WROTE ATTORNEY GENERAL, JUDICIAL COMMITTEE, BAR ASSOCIATION, AND FILED TORT

## VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28. U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

   a. Parties to previous lawsuit:

   Plaintiff(s): PATRICK SCOTT BLACK

   Defendant(s): EVANSVILLE POLICE DEPARTMENT / VANDERBURGH COUNTY JAIL

   b. Name and location of court and docket number: _____

   c. Grounds for dismissal:

      ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted

   d. Approximate date of filing lawsuit: 08/06

   e. Approximate date of disposition: 10/09

5

## VII. REQUEST FOR RELIEF

I request the following relief:

ALL PARTIES RESPONSIBLE BE REMOVED FROM THEIR POSITIONS. THAT SENSITIVITY AND ETHICS COURSES BE IMPLEMENTED. A MONITARY COMPENSATION OF $3,000,000.00 BE AWARDED ME.

_____  Patrick S. Black
Original signature of attorney (if any)    **Plaintiff's Original Signature**

Date: 12-29-11

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and accurate**.

Executed at WESTVILLE CORRECTIONAL on 12-29-11
            (location)                    (date)

Patrick S. Black
**Plaintiff's Original Signature**

Plaintiff demands a trial by jury.  ✓ Yes  ____ No

6

NAME OF DEFENDANT 5: INDIANA DEPARTMENT OF CORRECTIONS
TITLE (IF APPLICABLE):
ADDRESS OF DEFENDANT:


NAME OF DEFENDANT 6: VANDERBURGH COUNTY JAIL
TITLE (IF APPLICABLE):
ADDRESS OF DEFENDANT: 3500 N. HARLEN AVE.
EVANSVILLE, IN 47715


CLAIM I: On 7/05/06 while walking down the street I was stopped by Officer B. Lloyd. He patted me down and questioned me. Another Officer S. Chapman arrived and asked him if he had patted me down he said no. Chapman grabbed me, I pulled away he reached for his taser I ran, he shot me with it and then chased me. We were in a alley and Chapman pulled his revolver on me, I ran and finally while on the ground in handcuffs they allowed the K-9 to maul me while he was still on the leash and being controlled. In the trial evidence showed the Officers statements were untrue when recounting events. Lloyd admitted he perjured himself in his federal declaration as the statements were already prepared and he just signed it.
In Jan of '07 I posted bond and was extradited to Kentucky to serve a sentence. While in Ky. I missed numerous trial dates with the courts acknowledging I was serving time in Ky. In Sept they issued a warrant for failure to appear fully knowing I was in Ky., because they stated it in court. I was released from Ky. in Oct of '09 and paroled to Des Moines, IA. While driving home

from work I was arrested on the Failure to Appear Warrant. I was placed in the back of a van handcuffed and shackled for 3 days denied my medication and the use of a bathroom. When I went before the Judge, he noted I was responsible for the failure to appear, but said we just decided to raise your bond anyway to $5,000. I asked that my $2,500 be returned to me, and he said we'll hold it for awhile. It was never returned to me, but given to the Public Defenders Office. I repeatedly asked to have my bond money returned to me and each time I was denied.

Upon arriving at the County I immediately suffered from cruel and unnecessary punishment as I was served raw fish, and beens. Had religious material and personal letters thrown away. Denied access to the 1 legal manual even with the knowledge I was representing myself and my trial was nearing. I was placed in solitary confinement on numerous occasions for no offenses. Assaulted by 4 guards and then denied medical attention. Refused to alter my time for taking medication, should have taken after meals.

Claim II I was assigned Beverly Corn to represent me by the Public Defenders Office from 07/06 - 7/01/10. During this time she allowed the courts to keep an inflated charge on me, violate my due process, never question witnesses independantly, and me to miss all my trial dates even though I was keeping in constant contact with her inquiring about my case. She provided inadequate, inaffective and misrepresentation. Julianne Fox handled my appeal and had no contact with me throughout with the exceptation of the initial letter. I wrote her numerous times in an attempt to learn about the status of my appeal and possibley assist her. She had access to my Motion to Correct Errors but used none of the claims within. James Doyle from the Prosecutors Office is guilty of Prosecutorial

misconduct. He knowingly withheld evidence from me. Supported perjury. Tampered with evidence and witnesses. Mr. Doyle abused his position and used his office to exact his own sense of justice.

Judge Pigman knowingly violated rules of procedure, and is guilty of Judicial Misconduct. He willfully kept me incarcerated and refused to return my bond money. He made rulings so egregious as to ensure I could and would not receive a fair trial.

Claim III I am a Rastafarian and have been since 2006. I arrived at the Reception and Diagnostic Center on 03/09/11 and the knowledge of my religious preference was known yet my face/head were shaven. I was also served meat and on both incidents I was told by the guards working there "We don't honor that". I was still served meat until I wrote the Omnibus Lady in Indianapolis, because noone here would assist me and I wrote many people frequently. My religious beliefs/practices were violated and disrespected by the Indiana Department of Corrections. Adding insult to injury I was unjustly sent or better placed in this situation by a corrupt Judicial System in place in Vanderburgh Co. Indiana. I was denied access to the one traffic and legal manual the jail had with the knowledge I was acting as my own counsel.

I am diabetic and upon my incarceration at the Vanderburgh County Jail I lost over 25 lbs due insufficient nurewsment; I was told by the medical staff repeatedly to make comminsary (which is primarily junk food) Also when I received the diabetic diet here at Westville they refused to serve me jelly when I started receiving the vegan diet they serve me jelly every morning for breakfast along with peanut butter, potatoes, and rice.